**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

TRIPLE CROWN

Plaintiff,

v.

NEOGEN CORPORATION,

Defendant.

Civil 00-1945 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Alain M. Baudry, MASLON, EDELMAN, BORMAN, & BRAND, 90 South Seventh Street, Suite 3300, Minneapolis, MN 55402, for plaintiff.

Mark R. Fox, FRASER TREBILCOCK DAVIS & FOSTER, 1000 Michigan National Tower, Lansing, MI 48933, for defendant.

The Court having been advised that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: October 19, 2000
at Minneapolis, Minnesota

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED OCT 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________