**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

TRIPLE CROWN NUTRITION,

Plaintiff,

v.

NEOGEN CORPORATION,

Defendant.

Civil 00-1945 (JRT/FLN)

**ORDER OF DISMISSAL**

---

Alain M. Baudry, MASLON, EDELMAN, BORMAN, & BRAND, 90 South Seventh Street, Suite 3300, Minneapolis, MN 55402, for plaintiff.

Mark R. Fox, FRASER TREBILCOCK DAVIS & FOSTER, 1000 Michigan National Tower, Lansing, MI 48933, for defendant.

The Court having been advised that the above action shall be pursued in the United States District Court for the Southern District of Florida, **IT IS HEREBY ORDERED** that:

1. The Order of Dismissal dated October 20, 2000 [Docket No. 16] is **VACATED**;

2. This action is **DISMISSED WITHOUT PREJUDICE**, the Court retaining jurisdiction for forty-five days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

DATED: November 1, 2000
at Minneapolis, Minnesota

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED NOV 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____