UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Triple Crown Nutrition,

Plaintiff,

vs.

Neogen Corporation,

Defendant.

Civil No. 00-19·5 JRT/FLN

**ORDER**

---

Alain Baudry, Esq., for Plaintiff
Dale Thornsjo, Esq., for Defendant

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on December 18, 2000, on Defendant's Motion for Imposition of Sanctions [#19].

Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Imposition of Sanctions [#19] is **DENIED**.

DATED: Dec. 22, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

DEC 22 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK