**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Case No. 00-CV-1945

| | |
|---|---|
| **TRIPLE CROWN NUTRITION, INC.** Plaintiffs, v. **NEOGEN CORPORATION,** a Michigan corporation. Defendant. | Hon. John R. Tunheim United States District Judge<br>Hon. Franklin L. Noel United States Magistrate Judge |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court upon the agreement and stipulation of the parties, Plaintiff Triple Crown Nutrition, Inc. and Defendant Neogen Corporation, by and through their respective counsel; the parties having reached a full and complete settlement of this matter, pursuant to a confidential settlement agreement and this Court having previously entered an order of dismissal without prejudice; NOW THEREFORE:

IT IS ORDERED AND ADJUDGED that, subject to the Stipulated Permanent Injunction and Order of Dismissal entered in the case of *Bartus and Neogen v. Trade One*, Inc., Case No. 00-14183 (S.D. Fla.), this cause shall be and hereby is dismissed with prejudice and without costs or attorney fees to any party.

IT IS SO ORDERED.

FILED OCT 0 9 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DONE and ORDERED in Minneapolis, Minnesota on this 5th day of ~~September~~ Oct. 2001.

HONORABLE JOHN R. TUNHEIM
UNITED STATES DISTRICT JUDGE

*Stipulated and Approve for Entry*:

Attorneys for plaintiff Triple Crown Nutrition, Inc.

By: ______________________________

Alain M. Baudry
Maslon, Edleman, Borman & Brand
90 South Seventh Street
Minneapolis, Minnesota 55402-8200
(612) 672-8344

Attorneys for Defendant Neogen Corporation

By: ______________________________

Mark R. Fox
Fraser Trebilcock Davis & Dunlap, P.C.
1000 Michigan National Tower
Lansing, Michigan 48933
(517) 482-5800

and

Dale O. Thornsjo (#162048)
Johnson & Condon, P.A.
Financial Plaza
7235 OHMS Lane
Minneapolis, MN 55439-2152
(612) 831-6544

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500